110 A.3d 924

IN THE MATTER OF MARC Z. PALFY, AN ATTORNEY
AT LAW (ATTORNEY NO. 010051998).

March 26, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–191, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **MARC Z. PALFY** of **FREEHOLD**, who was admitted to the bar of this State in 1999, and who has been temporarily suspended from the practice of law since October 26, 2012, should be suspended from the practice of law for a period of three months for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Disciplinary Review Board having further concluded that the term of suspension should be served consecutive to respondent's reinstatement from his temporary suspensions;

And the Court having determined that the three-month term of suspension should be effective immediately;

And good cause appearing;

It is ORDERED that **MARC Z. PALFY** is suspended from the practice of law for a period of three months, effective immediately, and until the further Order of the Court; and it is further

ORDERED that respondent shall remain suspended from the practice of law pending his compliance with the District IX Fee Arbitration Committee determinations in District Docket Nos. IX–2011–0075F, IX–2012–0009F, IX–2012–0012F, IX–2012–0035F, IX–2012–0074F, and payment of sanctions to the Disciplinary Oversight Committee pursuant to the Orders of the Court filed September 27, 2012 (D–7–12; 071647) (D–8–12; 071648) (D–9–12;

071649), June 26, 2013 (M–1390–12; 072735) (D–142–12; 072822), and November 20, 2014 (D–159–13; 074817); and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.